# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

DAMSAZ, KHODAKARAM ALI

    Debtor.

**Chapter 7**
Case No. 07-55155-pjs
HON. Phillip J. Shefferly

_____/

**ROSE CARLSON,**

    Adversary Plaintiff,

v

**DAMSAZ, KHODAKARAM ALI,**

Adv. Pro. No.: 07-06694-pjs

HON. Phillip J. Shefferly

_____/

| Marla A. Linderman (P55759)<br>Linderman Julien P.C.<br>116 E. Washington St., Ste. 150<br>Ann Arbor, Michigan 48104<br>734-665-8444<br>mlinderman@lindermanjulien.com<br>Attorney for Adversary Plaintiff | Don Darnell (P55268)<br>Darnell & Lulgjuraj, P.C.<br>311 Weiser Way<br>Chelsea, Michigan 48118<br>734-433-0816<br>don.darnell@dsl-law.com<br>Attorneys for Adversary Defendants |
|---|---|

# ORDER GRANTING SUMMARY JUDGMENT REGARDING ATTORNEY FEES

IT IS HEREBY ORDERED that Adversary Plaintiff's motion for summary judgment regarding attorney fees is granted in full.

IT IS HEREBY FURTHER ORDERED that Adversary Defendant's Debt to Adversary Plaintiff as to attorney fees is nondischargeable pursuant to 11 USC

§523(a)(6) in the amount of $60,841.88 plus any and all interest due and owing pursuant to Michigan and federal law.

.

**Signed on July 28, 2008**
                                            **_/s/ Phillip J. Shefferly**
                                            **Phillip J. Shefferly**
                                            **United States Bankruptcy Judge**